**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Guadalupe MENDEZ, Jr.,**
**Defendant–Appellant.**

No. 08–40614
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guadalupe Mendez, Jr., Victoria, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Appealing the Judgment in a Criminal Case, Guadalupe Mendez, Jr., presents arguments that he concedes are foreclosed by *United States v. Rawls*, 85 F.3d 240, 242–44 (5th Cir.1996), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). *See United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir. 2001). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

